FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 29 2010

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:09cr00175-BD |
| | ) | |
| v. | ) | |
| | ) | 36 C.F.R. § 327.12c |
| DANIEL C. HUNT | ) | |

## ORDER OF DISMISSAL

Pending is the Government's Motion to Dismiss stating that dismissal of the citation is appropriate. For good cause shown, the motion is GRANTED. Accordingly, this case is dismissed.

IT IS SO ORDERED this 29th day of June, 2010.

_____
UNITED STATES MAGISTRATE JUDGE